# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 09-2100 ODW(DTBx) | Date | October 4, 2010 |
|---|---|---|---|
| Title | Guideone Insurance Company v. Quinn AME Church et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   **Order to Show Cause re Case Settlement**; **Order Vacating Status Confrence**

The Court is in receipt of the Notice of Settlement [25] filed October 1, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, November 15, 2010 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The status conference scheduled for October 4, 2010 at 1:30 p.m. is hereby VACATED, and no appearances are necessary.

IT IS SO ORDERED.

:   00

Initials of Preparer   RGN